

Hilary L. Preston  hpreston@velaw.com
Tel +1.212.237.0129  Fax +1.917.849.5342

October 7, 2022

**Via ECF**

Hon. Judge Jennifer L. Ronchon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    Re:    *Michael Salazar, et al. v. National Basketball Association*, Case No. 1:22-cv-07935-JLR

Dear Judge Ronchon:

    We represent Defendant National Basketball Association ("Defendant") in the above-referenced action, which was filed with this Court on September 16, 2022. This letter request is being submitted pursuant to Section 1.F of Your Honor's Individual Practices in Civil Cases.

    Defendant seeks, and Plaintiff Michael Salazar consents to, an agreement to set the date for Defendant to move, answer, or otherwise respond to the complaint in this matter. Plaintiff purported to serve Defendant on September 29, 2022, which would have yielded a response date of October 20, 2022. But Defendant contends that attempted service was improper. In order to avoid needless cost for Plaintiff of attempting to re-serve the Complaint on the correct entity, we agreed to accept service and set the response date on Friday, November 11, 2022. This is Defendant's first request for an extension. This request does not affect any other scheduled dates.

    We thank the Court for its courtesy and consideration in connection with this request.

Respectfully submitted,

*/s/Hilary L. Preston*

Hilary L. Preston

cc:    Michael L. Murphy, Esq. (via ECF)

Dated: October \_\_\_\_, 2022        **SO ORDERED:**

                                                                                     _____

                                                                                 Hon. Jennifer L. Ronchon
                                                                                 United States District Judge