Exhibit A



## WANT EVERY HEADLINE RIGHT AT YOUR FINGERTIPS? SIGN UP TO RECEIVE NBA EMAILS!

Email Address

Submit

By clicking 'Submit', you agree to the Terms and Conditions and Privacy Policy. You agree that your personal information will be used to send you messages about NBA related products and services, and share your personal information with NBA partners and affiliates so that they can also contact you about products and services that might be of interest to you.

Exhibit B



## WANT EVERY HEADLINE RIGHT AT YOUR FINGERTIPS? SIGN UP TO RECEIVE NBA EMAILS!

Email Address

**Submit**

By clicking 'Submit', you agree to the Terms and Conditions and Privacy Policy. You agree that your personal information will be used to send you messages about NBA related products and services, and share your personal information with NBA partners and affiliates so that they can also contact you about products and services that might be of interest to you.