**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

MICHAEL SALAZAR,

                     Plaintiff,

  -against-                                    22 **CIVIL** 7935 (JLR)

                                                          **JUDGMENT**

NATIONAL BASKETBALL ASSOCIATION,

                    Defendant.

-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2023, Defendant's motion to dismiss the Complaint under Rule 12(b)(1) is denied, but the motion to dismiss for failure to state a claim under Rule 12(b)(6) is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      August 8, 2023

                                                    **RUBY J. KRAJICK**
                                                     Clerk of Court

                                     **BY:**  _____
                                                     **Deputy Clerk**