# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Michael Salazar, Plaitniff,

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

National Basketball Association, Defendant.

_____

(List the full name(s) of the defendant(s)/respondent(s).)

1:22 CV 7935 (JLR)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Plaintiff Michael Salazar

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☒ order entered on: August 7, 2023 [Opinion & Order (ECF 51)]; August 8, 2023 [Judgment (ECF 52)].

(date that judgment or order was entered on docket)

that:

dismissed plaintiff's claim under the Video Privacy Protection Act, 28 U.S.C. § 2710, under Rule 12(b)(6) without leave to amend.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

August 10, 2023

Dated

Signature

Michael L. Murphy

Name (Last, First, MI)

Bailey & Glasser LLP, 1055 Thomas Jefferson St. NW, Suite 540, Washington, DC 20007

Address / City / State / Zip Code

202.463.2101

Telephone Number

mmurphy@baileyglasser.com

E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13