UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SALAZAR, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>-against-<br><br>NATIONAL BASKETBALL ASSOCIATION,<br><br>                      Defendant. | Case No. 1:22-cv-07935 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 15, 2024, the Second Circuit vacated the Court's prior decision in this matter and remanded for further proceedings consistent with its opinion.  *See Salazar v. National Basketball Association*, No. 23-1147 (2d Cir. 2024), Dkt. 89.  The parties shall meet and confer about next steps in this matter and appear before this Court for a status conference on **November 21, 2024** at 3:00 p.m.

Dated: November 15, 2024
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge