# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SALAZAR, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL BASKETBALL ASSOCIATION,<br><br>Defendant. | Case No. 1:22-cv-07935-JLR |

## NATIONAL BASKETBALL ASSOCIATION'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Hilary L. Preston, sworn to on January 13, 2025, and the exhibits attached thereto, and the accompanying Memorandum of Law in Support of this Motion, Defendant National Basketball Association, by its attorneys, Vinson & Elkins L.L.P., respectfully moves this Court, before the Honorable Jennifer L. Rochon, United States District Judge, United States District Court, Southern District of New York, at 500 Pearl Street, Courtroom 20B, City of New York, at a date and time to be set by the Court, for an order dismissing the First Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: January 13, 2025

Respectfully submitted,

**VINSON & ELKINS L.L.P.**

By: */s/ Hilary L. Preston*

| | |
|---|---|
| Matthew X. Etchemendy* | Hilary L. Preston |
| 2200 Pennsylvania Avenue, NW | Marisa Antonelli |
| Suite 500 West | 1114 Avenue of Americas |
| Washington, DC 20037 | 32nd Floor |
| Telephone: (202) 639-6740 | New York, NY 10036 |
| Facsimile: (202) 879-8940 | Telephone: (212) 237-0000 |
| metchemendy@velaw.com | Facsimile: (212) 237-0100 |
| | hpreston@velaw.com |
| *Admitted pro hac vice* | mantonelli@velaw.com |

*Counsel for National Basketball Association*

2