# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**MICHAEL SALAZAR**

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:22 CV 07935 (JLR)( )

-against-

**NOTICE OF APPEAL**

**NATIONAL BASKETBALL ASSOCIATION**

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: **MICHAEL SALAZAR**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: **October 6, 2025**

(date that judgment or order was entered on docket)

that: Granted National Basketball Association's Motion to Dismiss Plaintiff's Second Amended Complaint.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

**10/07/2025**
Dated

Signature

**Murphy, Michael L.**
Name (Last, First, MI)

**1055 Thomas Jefferson Street NW, Suite 540** | **Washington** | **DC** | **20007**
Address | City | State | Zip Code

**202-463-2101** | **mmurphy@baileyglasser.com**
Telephone Number | E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13